IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Telnyx LLC,<br><br>                Plaintiff,<br><br>   v.<br><br>John Does 1-2,<br><br>                Defendants. | No. 1:25-cv-01689<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Telnyx LLC ("Telnyx"), by its undersigned counsel, alleges as follows, based on knowledge as to its own acts and on information and belief as to all others:

## INTRODUCTION

1. This case concerns the wrongful use of Telnyx's services by two individuals. On or about February 6, 2024, John Does 1 and 2 created customer accounts with Telnyx by providing false names and addresses. They then evidently proceeded to use Telnyx's services to further a robocall scheme targeting government employees. Such use of Telnyx's services violated the Terms and Conditions of Service ("Terms and Conditions") agreed to by John Does 1 and 2 when they opened their customer accounts. These breaches have caused damages to Telnyx in the form of reputational harm and costs associated with subsequent governmental investigation and action relating to the incident. Therefore, Telnyx is entitled to an award of damages as well as its reasonable costs and attorneys' fees.

Complaint

## PARTIES

2. Telnyx is an Illinois limited liability company whose sole member is Telnyx, Inc., a Delaware corporation with principal place of business in Austin, Texas.

3. John Doe 1 is an individual who identified himself as Christian Mitchell when signing up for a customer account with Telnyx. Upon information and belief, John Doe 1 is a foreign national. The IP address John Doe 1 employed when using his customer account was affiliated with Edinburgh, Scotland, and his provided address was in Toronto, Canada.

4. John Doe 2 is an individual who identified himself as Henry Walker when signing up for a customer account with Telnyx. Upon information and belief, John Doe 2 is a foreign national. The IP address John Doe 2 employed when using his customer account was affiliated with London, England and his provided address was in Toronto, Canada.

## JURISDICTION AND VENUE

5. The Court has subject matter jurisdiction under 28 U.S.C. 1332 because this dispute is between a citizen of a State and two foreign nationals, and the amount in controversy exceeds $75,000. This Court is an appropriate venue pursuant to 28 U.S. Code § 1391(b)(3).

6. This Court has personal jurisdiction over John Does 1 and 2 because they purposefully availed themselves of the laws of Illinois by knowingly agreeing to Telnyx's Terms and Conditions which identified Chicago, Illinois as the appropriate forum and source of law for the resolution of any dispute under the Terms and Conditions. John Does 1 and 2 also purposefully availed themselves of the laws of Illinois by agreeing to the Terms and Conditions at a time when Telnyx's offices were located in Chicago, Illinois. John Does 1 and 2 also understood their breaches of the Terms and Conditions would cause harm to Telnyx felt in Chicago, Illinois.

**FACTUAL ALLEGATIONS**

7. Telnyx is a communications platform providing businesses a broad suite of real-time communications services. Telnyx charges a fee for these services. Customers who wish to open accounts with Telnyx must provide information on their identities and agree to Telnyx's Terms and Conditions.

8. On February 6, 2024, John Does 1 and 2 created customer accounts with Telnyx. Upon information and belief, the names and addresses provided by John Does 1 and 2 when opening their customer accounts were false.

9. In opening their customer accounts, John Does 1 and 2 were required to agree to Telnyx's Terms and Conditions, which among other things prohibited the use of Telnyx's services to perpetrate "violations of law" or "malicious, deceptive or fraudulent behavior." A true and accurate copy of the Terms and Conditions is attached as **Exhibit A**, and its terms are fully incorporated by reference.

10. Upon information and belief, John Does 1 and 2 enacted a fraudulent robocall scheme seeking to extort payments from its targets using false statements notwithstanding Telnyx's diligence in attempting to prevent such misconduct. Telnyx blocked John Does 1 and 2's accounts less than 24 hours after they were opened.

11. As a result of John Does 1 and 2's scheme, Telnyx has incurred reputational harm and has been subject to subsequent governmental investigation and action related to the incident.

**CAUSES OF ACTION**

**COUNT I**
**Breach of Contract**

12. Telnyx repeats and realleges each and every allegation in the preceding paragraphs as if fully set forth herein.

13. Telnyx and John Does 1 and 2 entered into the Terms and Conditions as set forth above.

14. The Terms and Conditions are a binding and enforceable contract under applicable law.

15. Pursuant to the Terms and Conditions, John Does 1 and 2 agreed not to use Telnyx's services for illegal or fraudulent activity.

16. John Does 1 and 2 breached such agreement by enacting their fraudulent scheme.

17. John Does 1 and 2's breach has damaged Telnyx in the form of reputational harm and costs associated with subsequent governmental actions relating to the incident. Such harms have caused substantial and ongoing damage to Telnyx's business in an amount to be determined at trial. Telnyx's attorneys fees incurred to date resulting from the breach are well in excess of $75,000.

## PRAYER FOR RELIEF

WHEREFORE, Telnyx respectfully requests that this Court enter a judgment against John Does 1 and 2:

1. For damages according to proof at trial;

2. For temporary, preliminary, and permanent injunctive relief;

3. For prejudgment interest;

4. For reasonable attorneys' fees and costs;

5. For such other relief as the Court may deem appropriate.

## JURY DEMAND

Telnyx demands a trial by jury pursuant to Federal Rule of Civil Procedure 38(b) on all issues so triable.

Complaint

-5-

By: /s/ Jonathan R. Buck

Jonathan R. Buck
JBuck@perkinscoie.com
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511
Telephone: +1.312.324.8400

David W. T. Daniels (pro hac forthcoming)
DDaniels@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200

Dated: February 18, 2025