IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Telnyx LLC,<br><br>   Plaintiff,<br><br> v.<br><br>John Does 1-2,<br><br>   Defendants. | No. 1:25-cv-01689 |

## NOTIFICATION OF AFFILIATES

Plaintiff Telnyx LLC, pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, hereby discloses that it is an Illinois limited liability company whose sole member is Telnyx, Inc., a Delaware corporation with principal place of business in Austin, Texas.

By: /s/ Jonathan R. Buck

Jonathan R. Buck
JBuck@perkinscoie.com
PERKINS COIE LLP
110 North Wacker Drive, Suite 3400
Chicago, Illinois 60606-1511
Telephone: +1.312.324.8400

David W. T. Daniels (pro hac forthcoming)
DDaniels@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: +1.202.654.6200

*Attorneys for Telnyx LLC*

Dated: February 18, 2025