IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Telnyx LLC,<br><br>            Plaintiff,<br><br>   v.<br><br>John Does 1-2,<br><br>            Defendants. | No. 1:25-cv-01689<br><br>Hon. Sunil R. Harjani |

**DECLARATION OF JONATHAN R. BUCK IN SUPPORT OF PLAINTIFF TELNYX LLC'S EX PARTE MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(F) CONFERENCE**

I, Jonathan R. Buck, declare as follows:

1. I am an attorney with the law firm Perkins Coie LLP and have been retained as counsel for Plaintiff Telnyx LLC ("Telnyx"). In this capacity and unless otherwise stated, I have personal knowledge of the facts stated herein. If called as a witness, I could and would competently testify to the matters set forth herein.

2. Plaintiff cannot serve this motion on the Defendants because, at this time, the identity of the Defendants is unknown. It is for this same reason that Telnyx brings this ex parte motion seeking leave to take third-party discovery. This discovery is likely to aid in identifying the Defendants so that Telnyx may serve them with process. However, to provide the Defendants with notice of this motion, upon filing, I will cause the motion, the memorandum, and this declaration to be delivered to their last known email addresses.

3. A previous application for similar relief has not been made.

-2-

4. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 26, 2025, in Chicago, Illinois.

By: /s/ Jonathan R. Buck<br>
Jonathan R. Buck

Buck Decl. ISO Motion for Leave to Take
Discovery Prior to Rule 26(f) Conference

-2-