**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Telnyx LLC
                        Plaintiff,

v.                                                 Case No.: 1:25−cv−01689
                                                       Honorable Sunil R. Harjani

John Doe #1, et al.
                        Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Gabriel A. Fuentes for the purpose of holding proceedings related to: EX PARTE Motion for Leave to Take Discovery Prior to Rule 26(F) Conference [7][8].(lxs, )Mailed notice.

Dated: February 26, 2025

                                                                          /s/ Sunil R. Harjani

                                                                 United States District Judge