# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Telnyx LLC

                       Plaintiff,

v.                                          Case No.: 1:25−cv−01689
                                            Honorable Sunil R. Harjani

John Doe #1, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 27, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: This matter coming before the magistrate judge on referral (doc. #[10]) of plaintiff's ex parte motion for leave to take pre−Rule 26(f) conference discovery (doc. #s [7], [8]), a hearing on the motion is set for 10:15 a.m. on 3/4/25 in Courtroom 1342 of the Dirksen U.S. Courthouse, and any interested parties may attend, even if not yet served. Plaintiff's counsel is directed to serve this order by email upon the persons or entities to whom plaintiff's counsel sent the motion papers by email. See Buck Decl. (doc. #[9−1]) at 1. The Court will entertain the merits of the motion at the hearing and may rule from the bench. The Court would also like to know more about why the motion (doc. #s [7], [8]) was filed under seal whereas the supporting memorandum (doc. #[9]) was filed publicly on the docket and not under seal; if there is no ground for sealing, plaintiff is welcome to file the motion publicly on the docket in advance of the hearing. Otherwise, plaintiff should file a motion to seal setting forth grounds for sealing the motion under applicable Seventh Circuit law. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.