IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Telnyx LLC,<br><br>        Plaintiff,<br><br>v.<br><br>John Does 1-2,<br><br>        Defendants. | No. 1:25-cv-01689<br><br>Hon. Sunil R. Harjani |

**PLAINTIFF TELNYX LLC'S EX PARTE MOTION FOR LEAVE TO TAKE DISCOVERY PRIOR TO RULE 26(F) CONFERENCE**

Plaintiff Telnyx LLC ("Telnyx"), by and through its undersigned counsel and pursuant to the Federal Rules of Civil Procedure, respectfully moves ex parte for leave to take limited discovery prior to the Rule 26(f) conference for the reasons set forth in the memorandum and declaration filed concurrently herewith. Plaintiff seeks expedited treatment for this motion.

Motion for Leave to Take Discovery Prior to
Rule 26(f) Conference

Respectfully submitted,

By: /s/ Jonathan R. Buck

    Jonathan R. Buck
    JBuck@perkinscoie.com
    Spencer Gottlieb
    SGottlieb@perkinscoie.com
    PERKINS COIE LLP
    110 North Wacker Drive, Suite 3400
    Chicago, Illinois 60606-1511
    Telephone: +1.312.324.8400

    David W. T. Daniels (pro hac forthcoming)
    DDaniels@perkinscoie.com
    PERKINS COIE LLP
    700 Thirteenth Street, N.W., Suite 800
    Washington, D.C. 20005-3960
    Telephone: +1.202.654.6200


Dated: February 26, 2025