**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Telnyx LLC
                          Plaintiff,

v.
                                                    Case No.: 1:25−cv−01689
                                                    Honorable Sunil R. Harjani

John Doe #1, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 28, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: With the motion for leave (doc. #[12]) filed publicly, the earlier−filed, sealed versions of the same motion (doc. #s [7], [8]) are terminated as duplicative. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.