## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Telnyx LLC

                   Plaintiff,

v.                                     Case No.: 1:25−cv−01689

                                     Honorable Sunil R. Harjani

John Doe #1, et al.

                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2025:

      MINUTE entry before the Honorable Gabriel A. Fuentes: Hearing held on Plaintiff's motion for Leave to Take Discovery Prior to Rule 26(f) Conference (doc. #[12]). Plaintiff appeared and reported that it undertook reasonable but unsuccessful efforts to notify Doe defendants, of today's hearing, at their last known email addresses. No Doe Defendants appeared. For the reasons stated on the record, the motion is granted in part and denied in part as withdrawn. The motion is granted as to Payward, Inc. d/b/a Kraken, Block, Inc., and Coinbase Global, Inc. The motion is denied as withdrawn as to Shakepay Inc. A written status report as to service of the subpoenas and status of the case is to be filed by noon on 4/30/25. Mailed notice. (lxk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.